IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-CV-01108-MSK-KMT

JERRY D. BROWN,

    Plaintiff,

v.

CONAGRA FOOD INGREDIENTS COMPANY d/b/a CONAGRA FOODS d/b/a CONAGRA MILLS, a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Motion to Compel Discovery Responses" (#39, filed May 30, 2008) is **GRANTED**. Plaintiff is **ORDERED** to file a response to the Motion to Compel Discovery Responses on or before July 18, 2008. A motion hearing/status conference is scheduled for **July 22, 2008 at 1:30 p.m. (Mountain Time)** in Courtroom A-601, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated: July 11, 2008