IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-CV-01108-MSK-KMT

JERRY D. BROWN,

    Plaintiff,

v.

CONAGRA FOOD INGREDIENTS COMPANY d/b/a CONAGRA FOODS d/b/a CONAGRA MILLS, a Delaware corporation,

    Defendant.

---

**ORDER**

---

This matter is before the court on ConAgra Foods "Motion to Compel Discovery Responses" [Doc. No. 39, filed May 30, 2008]. No responsive pleading was filed by Plaintiffs, however on August 6, 2008, Plaintiff filed "Plaintiff's Supplemental Answers to Defendant ConAgra Mills' First Interrogatories to Plaintiff Jerry D. Brown" [Doc. No. 62] and "Plaintiff's Supplemental Reponses (sic) to Defendant ConAgra Mills' First Request for Production of Document and Things to Plaintiff Jerry D. Brown" [Doc. No. 63].

Wherefore, ConAgra Foods "Motion to Compel Discovery Responses" [Doc. No. 39] is DENIED as moot. In light of Plaintiff's counsel's representations to the court in previous pleadings, there will be no costs assessed in connection with the filing of the motion.

Dated this 29th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge